UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  8:07-cr-357-T-30MAP

JOHN MERVYN NABORS

**PRELIMINARY ORDER OF FORFEITURE**
**FOR SUBSTITUTE ASSET**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture for Substitute Asset (Doc. 127) for the following real property in partial satisfaction of defendant John Mervyn Nabors' forfeiture money judgment in the amount of $425,000.00 for which he is personally liable:

The real property located at 271 Bayside Drive, Clearwater Beach, Florida 33767, including all improvements thereon and appurtenances thereto, which is legally described as follows:

Lot "L" of Block Two of Unit "A" of BAYSIDE SUBDIVISION No. 4, according to the Plat thereof recorded in Plat Book 36, Pages 57 and 58, Public Records of Pinellas County, Florida.  TOGETHER with all riparian rights appertaining thereto recorded in Pinellas County, Florida Public Records on July 10, 1968 as Document No. 68058336 in Volume 2867, Page 251.

Parcel Identification Number: 08/29/15/04986/002/0120.

Being fully advised in the premises, the Court hereby finds that the defendant pled guilty to the conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371, and as part of his Plea Agreement, John Mervyn Nabors agreed to forfeit to the United States his interest in the real property identified above as a substitute asset

in partial satisfaction of his money judgment. (Doc. 100 at 4).

The Court further finds that the United States is entitled to seek forfeiture of substitute assets, belonging to the defendant, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated under 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(e), in satisfaction of the forfeiture money judgment entered against the defendant, up to the amount of such money judgment. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 127) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), incorporated under 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(e), defendant John Mervyn Nabors' interest in the real property identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall be in partial satisfaction of defendant's forfeiture money judgment in the amount of $425,000.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the referenced substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cr-357.forfeit 127.wpd